CHARLES T. HOWARD et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 46851.)

994

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.